UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BENJAMIN RANFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CAUSE NO. 1:20-cv-3253 |
| BALL STATE UNIVERSITY, ) | |
| GEOFFREY S. MEARNS in his individual ) | |
| and official capacity, SUSANA RIVERA- ) | |
| MILLS in her individual and official ) | |
| capacity, and TRUDI WEYERMANN in ) | |
| her individual and official capacity, ) | |
| ) | |
| Defendant. ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Geoffrey S. Mearns
      Office of the President
      Administration Building, Room 101
      Ball State University
      Muncie, IN  47306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address is:

   Jason P. Cleveland
   CLEVELAND LEHNER CASSIDY
   6214 Carrollton Ave., Ste. 200
   Indianapolis, IN 46220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for BALL STATE UNIVERSITY., was received by me on (*date*)_____.

☐ I personally served the summons on the individual at (*place*)_____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*)_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*)_____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (*specify*):

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____           _____
                                                   *Server's signature*


                                                   _____
                                                   *Printed name and title*


                                                   _____
                                                   *Server's address*