UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BENJAMIN RANFELD,                          )
                                           )
                 Plaintiff,                )
                                           )
        v.                                 )          No. 1:20-cv-03253-TWP-MJD
                                           )
BALL STATE UNIVERSITY, et al.              )
                                           )
                 Defendants.               )


**MINUTE ENTRY FOR MARCH 22, 2021**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


The parties appeared by telephone for a Status Conference. The parties discussed the

status of the matter, as well as the parties' readiness for the upcoming settlement conference. The

conference concluded without further order.


Dated:  22 MAR 2021                    _____

                                       Mark J. Dinsmore
                                       United States Magistrate Judge
                                       Southern District of Indiana


Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.